Furman v Lexington Ave. Hotel (2024 NY Slip Op 04811)

Furman v Lexington Ave. Hotel

2024 NY Slip Op 04811

Decided on October 03, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 03, 2024

Before: Manzanet-Daniels, J.P., Friedman, González, Pitt-Burke, JJ. 

Index No. 157175/14 595418/15 595070/16 595516/18 Appeal No. 2707 Case No. 2023-03283 

[*1] Eugene Furman et al., Plaintiffs,
v
Lexington Avenue Hotel, et al., Defendants, Consolidated Edison Company of New York, Defendant-Respondent. [And Other Actions] 

Appeals having been taken to this Court from an order of the Supreme Court, New York County (Paul A. Goetz, J.), entered on or about May 16, 2023,
And said appeals having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated September 11, 2024
It is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: October 3, 2024